**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**HERBERT LEE BURNETT**                                                                              **PLAINTIFF**

v.                          NO. 4:09CV00825 JMM/BD

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration,**                                                                **DEFENDANT**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation and a *de novo* review of the record, the Court adopts the recommendation as this Court's findings.

Accordingly, the decision of the Commissioner is affirmed and Plaintiff's Complaint (#1) is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED, this 9th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE