# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**HERBERT LEE BURNETT**                                                                **PLAINTIFF**

**v.**                            **NO. 4:09CV00825 JMM/BD**

**MICHAEL J. ASTRUE, Commissioner,**
**Social Security Administration,**                                          **DEFENDANT**

## JUDGMENT

Consistent with the Court's Order entered this date, the decision of the Commissioner is affirmed and judgment is entered dismissing Herbert Lee Burnett's complaint with prejudice.

IT IS SO ORDERED this 9th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE